# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0060

_____

DANIEL PAUL SANSONE,

Petitioner,

v.

TOMMY FORD,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


January 14, 2026


PER CURIAM.

DENIED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jim Ballack of Ballack Law Group, PLLC, Fort Walton Beach, for Petitioner.

No appearance for Respondent.